IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT LAMELL SPRUELL,                )          No. C 08-1204 MMC (PR)
                                       )
                Petitioner,            )          **ORDER OF DISMISSAL**
                                       )
        v.                             )
                                       )
A. KANE, Warden, et al.                )
                                       )
                Respondents.           )
_____)

On February 28, 2008, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  That same date, the Court notified petitioner in writing that the action was deficient due to petitioner's failure to pay the requisite filing fee or, instead, to submit a completed court-approved in forma pauperis ("IFP") application.  In said notice, petitioner was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action.

More than thirty days have passed since the deficiency notice and petitioner has not filed a completed IFP application, paid the filing fee, or otherwise responded to the deficiency notice.  Accordingly, the above-titled action is hereby DISMISSED without prejudice.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: September 22, 2008

_____
MAXINE M. CHESNEY
United States District Judge