IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT LAMELL SPRUELL,

        Petitioner,

  v.

A. KANE, Warden, et al.,

        Respondents.
_____/

No. CV-08-1204 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: September 22, 2008

                                        Richard W. Wieking, Clerk

                                        *Tracy Lucero*

                                        By: Tracy Lucero
                                        Deputy Clerk